RAMAN MANN, an Infant, by His Guardian ad Litem, GEORGE S. AKST, et al., Respondents, v COOPER TIRE COMPANY et al., Appellants, et al., Defendants.

Submitted September 25, 2006; decided December 19, 2006

Motion by the Rubber Manufacturers Association and the National Association of Manufacturers for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

RAMAN MANN, an Infant, by His Guardian ad Litem, GEORGE S. AKST, et al., Respondents, v COOPER TIRE COMPANY et al., Appellants, et al., Defendants.

Submitted October 2, 2006; decided December 19, 2006

Motion by the Product Liability Advisory Council, Inc. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

JOHN MARTOCCI et al., Appellants, v BOWASKIE ICE HOUSE, LLC, Defendant, and DANIEL A. BOONS, Respondent.

Submitted October 30, 2006; decided December 19, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge GRAFFEO taking no part.

In the Matter of HERBERT McMILLIAN, Appellant, v MAE RIZZO, Respondent.

Submitted October 10, 2006; decided December 19, 2006

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Family Court's